Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED BY _YM_ D.C.

APR -2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
for the
_Southern_ District of _Florida_
_Southern_ Division

Theodore Keith Griffin
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

State of Florida, Hollywood Police Dept.
Paul Scheel, Alejandro Falcon, Thomas McGuire
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"550"
cat/div _____
Case # _____
Judge _____ Mag Re.d
Motn Ifp Yes  Fee pd $ no
Receipt # _____


SCANNED

Page 1 of 11

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Theodore Keith Griffin
   All other names by which you have been known:
   ID Number: 131801791
   Current Institution: North Broward Bureau
   Address: P.O. Box 407037
   Ft. Lauderdale    Fl.    33340
                City         State   Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Paul Scheel
      Job or Title (if known): Police Officer
      Shield Number: 3148
      Employer: Hollywood Police Department
      Address: 3250 Hollywood Blvd.
      Hollywood    Fl.    33021
           City       State   Zip Code
      [ ] Individual capacity  [✓] Official capacity

   Defendant No. 2
      Name: Alejandro Falcon
      Job or Title (if known): Police Officer
      Shield Number: 3386
      Employer: Hollywood Police Department
      Address: 3250 Hollywood Blvd.
      Hollywood    Fl.    33021
           City       State   Zip Code
      [ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                    Thomas McGuire
    Job or Title (if known) Police Officer
    Shield Number           3499
    Employer                Hollywood Police Department
    Address                 3250 Hollywood Blvd
                            Hollywood        FL        33021
                            City             State     Zip Code
    [ ] Individual capacity  [✓] Official capacity

Defendant No. 4
    Name
    Job or Title (if known)
    Shield Number
    Employer
    Address
                            City             State     Zip Code
    [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Fourth and Fourteenth Amendments

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_The Plaintiff was arrested while the defendant's were acting under the_

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_24th day of August, 2018 at 100 N. 28th Avenue, Hollywood, Fl. 33020_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

August 24, 2018 at or about 1427 hours and 1511 hours

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The State of Florida, the Hollywood Police Department and it's

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I recieved treatment at the Broward Main Jail

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I demand a trial by jury, the Plaintiff seeks actual and punitive

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Broward Main Jail, ~~&~~ North Broward Bureau

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   North Broward Bureau

2. What did you claim in your grievance?

   Battery on the Elderly, Assault, due process, cruel and unusual punishment, Excessive force

3. What was the result, if any?

   Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appealed the ruling and was told to contact my attorney

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I was told i was not in Broward County custody at the time it occurred!

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[✓] Yes

[ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Theodore Keith Griffin
   Defendant(s) State of Florida, M.D.P.D, and several officers

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District, United States District Court

3. Docket or index number

   unknown

4. Name of Judge assigned to your case

   Judge White

5. Approximate date of filing lawsuit

   January 2012

6. Is the case still pending?

   [ ] Yes
   [✓] No

   If no, give the approximate date of disposition   unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-21-19

Signature of Plaintiff: *Theodore Griff-*
Printed Name of Plaintiff: Theodore Keith Griffin
Prison Identification #: 131801791
Prison Address: P.O. Box 407037
Ft. Lauderdale, FL. 33340
City / State / Zip Code

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City / State / Zip Code

Telephone Number
E-mail Address

Page 11 of 11

statute's" 784.07-2D, 784.07-2C, 843.01, 316.1935-3A, and 322.34-2C on the 24th day of August, 2018 at the location of 6800 N.W. 15th Avenue, at 15:11, Miami, Florida.

A. 6800 N.W. 15th Avenue, Miami, Fl. 33147

D. Agent Paul Scheel acting "under color of" law assaulted the plaintiff in the parking lot located at 100 N. 28th Avenue in the City of Hollywood, Florida. On August 24, 2018 at or about 1427 Hours, he was dispatched to the "Check Cashing Store" located at 100 N. 28th Avenue in the City of Hollywood, Florida in reference to a white male who was later identified as Travis Cunningham (DOB 08/08/1979) attempting to cash a stolen check (see case Number 33-1808-132671). Officers Falcon and McGuire was also on scene. Travis told the Officers that the Black Males inside the Blue Honda parked outside gave him the check and brought him to the Check Store! The three defendant's then approached the plaintiff and front passenger Arthur Kelly (DOB 03/26/1963) apparently asleep in legally parked car with engine and air conditioning running was insufficient to establish well-founded suspicion that plaintiff was or was about to become involved in criminal activity, as would justify investigative stop. Defendant Scheel then banged on the window, giving loud commands for plaintiff to open the door. The plaintiff was then assaulted by Defendant Scheel, "who pointed his firearm at his head," creating in the mind of the plaintiff a well-founded fear that the violence

was about to take place! The Plaintiff had accidentally smoked a cigarette laced with falca given to him by accident from a Friend! (emphasis supplied).

The Plaintiff, hallucination from the falca caused him to flee from the police not knowing who they were from the beginning! The Plaintiff ended up at the location of 6800 N.W 15th Avenue, Miami, Florida, "were he was snatched out of his vehicle by his arm, slammed to the ground, "exsposing his genitals", the Defendant's then stompped the Plaintiff in the ground causing third-degree burns on his knees and feets. He also suffered neck and back injuries from the slamming! This act was done intentionally with a wanton disregard for the Plaintiff's health and safety! (emphasis added).

The incident was captured by several news helicopter which was broadcasted via facebook live!

VI. Relief

damages, the Plaintiff suffered pain and suffering, mental anguish, loss of comfront of living, psychological trauma, emotional distress, humiliation, loss of dignity, invasion of privacy! The Plaintiff also moves in this Honorable Court to bring criminal charges against the defendant's named in his complaint for Count 1. Battery on the Elderly 55 years or older, Count 2. Assault, Count 3. Excessive Force, Count 4 Civil Rights Violations

Theodore Kerth Britton
North Broward Bureau
P.O. Box 407025
Ft. Lauderdale, FL 33345
Dallas 1318917941
Cell 2-B-11
1/1/2

CLERK OFFICE
United States District Court
Southern District of Florida
400 North Miami Avenue, 8 NO9
Miami, FL 33128-7716